UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER W. ROBERTSON, | No. 2:14-cv-1626 CMK P |
| Petitioner, | |
| v. | ORDER |
| MARIPOSA COUNTY COURT, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner had not paid the filing fee or submitted a request to proceed in forma pauperis.  In his application, petitioner challenges a conviction issued by the Mariposa County Superior Court.  Mariposa County is part of the Fresno Division of the United States District Court for the Eastern District of California.  See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

/////

1

1    2. All future filings shall reference the new Fresno case number assigned and shall be
2 filed at:
3       United States District Court
      Eastern District of California
      2500 Tulare Street
4       Fresno, CA 93721

6 Dated: November 18, 2014

                                      CRAIG M. KELLISON
                                      UNITED STATES MAGISTRATE JUDGE

11 /kly
robe 14cv1626.109

2